COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ELIZABETH VELAZQUEZ (surr)   CASE NO:   00-6125-CR-DIMITROULEAS

AUSA: JEFFREY KAPLAN  /pres/    ATTY: DAVID SMITH  /pres/

AGENT:_____   VIOL:_____

PROCEEDING I/A ON INFORMATION   RECOMMENDED BOND  PSI  *FILED by*

BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED_____  MAY 25 2000

BOND SET @  100,000 PSB                                 CLARENCE MADDOX
                                                        CLERK U.S. DIST. CT.
                                                        S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) To be cosigned by: husband

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to: _____

_____

_____

_____

*advised of charges - Cnsl present*

_____

Reading of ~~Indictment~~ INFO Waived
~~Not Guilty plea entered~~
~~Jury trial demanded~~
~~Standing Discovery Order requested~~

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: _____

                         PTD/BOND HRG: _____

                         PRELIM/ARRAIGN: _____

                         REMOVAL HRG: _____

                         STATUS CONF:  N/A

Date: 5-25-00   Time 9:30   FTL/LSS
                            TAPE #00- 026   Begin: 359   End: 550

