UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6125-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

ELIZABETH VELAZQUEZ

ARRAIGNMENT INFORMATION SHEET

FILED by D.C. MAY 25 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 25, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __ON BOND FORM_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:____DAVID R. SMITH, ESQ._____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET:            $____100,000 PERSONAL SURETY_____

Bond hearing held: yes_____ no__X_ Bond hearing set for_____

Dated this__25TH___day of __MAY_____,2000.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By: [signature]
                                        Deputy Clerk

                                    Tape No. __00-026_____

cc: Copy for Judge
    U. S. Attorney

