UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO.:  00-6125 CR-DIMITROULEAS

        Plaintiff,

vs.

ELIZABETH "LIZ" VALEZQUEZ,

        Defendant.
_____/

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

        You will please enter my appearance as Attorney of Record for the Defendant in

the above styled cause.

        I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished to the United States Attorney's Office, 500 East Broward Blvd. #700, Fort

Lauderdale, FL 33394 via hand delivery this 25th day of May, 2000.

                                        DAVID R. SMITH, ESQ.
                                        524 South Andrews Ave. #304N
                                        Fort Lauderdale, FL 33301
                                        TEL: (954) 522-3307
                                        FAX: (954) 768-0738

                                BY:
                                        David R. Smith
                                        FL Bar# 166880

