UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: SS317-004

UNITED STATES OF AMERICA )
             Plaintiff ) Case Number: CR 00-6125-CR-WPD
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Velasquez, Elizabeth )
          Defendant

*********************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court      (circle one)

FILED by
MAY 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

*********************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 5/25/00   9:30   (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Consp Bank, Wire Fraud

(4) U.S. Citizen [✓] Yes [ ] No [ ] Unknown

(5) Date of Birth: 1-29-65

(6) Type of Charging Document: (check one)
    [ ] Indictment [ ] Complaint To be filed/Already filed
    Case# 00-6125-CR-WPD

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/Fla

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $ 100,000 PLS
Who set Bond: Snow

(7) Remarks: self-surr

(8) Date: 5/25/00    (9) Arresting Officer: _____

(10) Agency: _____    (11) Phone: _____

(12) Comments: _____