UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

    V.                      CASE NO. 00-6125-CR-DIMITROULEAS

ELIZABETH VELAQUEZ

---

TYPE OF CASE:              CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.         COURTROOM 203E
FT. LAUDERDALE, FL 33301     DATE & TIME:
                                          **JUNE 12, 2000 AT 1:00 P.M.**

---

TYPE OF HEARING:   CHANGE OF PLEA

                                          CLARENCE MADDOX,
                                          CLERK OF COURT

DATE:   May 31, 2000                   BY DEPUTY CLERK

cc: Jeffrey Kaplan, AUSA
    David Smith, Esq.

