AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ELIZABETH "LIZ" VELAZQUEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: **00-6125**

**CR - DIMITROULEAS**
MAGISTRATE JUDGE
SNOW

I, ELIZABETH "LIZ" VELAZQUEZ, the above named defendant, who is accused of conspiracy to commit bank fraud, loan application fraud, mail fraud, and wire fraud, in violation of Title 18, United States Code, Sections 371, 1014, 1341, 1343 and 1344, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Elizabeth Velazquez_
Defendant

_[signature]_
Counsel for Defendant

Before _Lurana S. Snow_
Judicial Officer

*MAY 2 5 2000*