## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6125-CR-WPD        DATE: June 12, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: ~~Bob Ryckoff~~ Bonnie

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Elizabeth Villazquez

U.S. ATTORNEY: Jeff Kaplan          DEFT. COUNSEL: David Smith

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to plead guilty to Count ___
Court accepts guilty plea

JUDGMENT: _____

CASE CONTINUED TO: 9/1/00  ~~8/15/00~~   TIME: 11:30   FOR: Sentencing
MISC: Written plea agreement filed.