**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

FILED by _____ D.C.

AUG 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES OF AMERICA**

vs.  **DOCKET NO. 00-6125-CR-Dimitrouleas**

**ELIZABETH "LIZ" VELASQUEZ
WEISIGER,**

    **Defendant.**

_____/

### ORDER

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Continue Sentencing, the Court having considered the same and the record in this cause, it is

ORDERED AND ADJUDGED that the Defendant's Unopposed Motion to Continue Sentencing is hereby _Granted. Sentencing is reset until October 6, 2000 at 10:30 A.M._

DONE AND ORDERED in Chambers this 29 day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

    Asst. U.S. Attorney Jeffrey Kaplan
    U.S. Probation Officer Tracy Webb
    David R. Smith, Attorney for Defendant

