UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

vs.

DOCKET NO. 00-6125-CR-Dimitrouleas

ELIZABETH "LIZ" VELASQUEZ
WEISIGER,

Defendant.
_____/

FILED by _____ D.C.
SEP 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## O R D E R

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Continue Sentencing. the Court having considered the same and the record in this cause. it is

ORDERED AND ADJUDGED that the Defendant's Unopposed Motion to Continue Sentencing be and the same is hereby __Denied__

DONE AND ORDERED in Chambers this 20 day of September, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Asst. U.S. Attorney Jeffrey Kaplan
U.S. Probation Officer Tracy Webb
David R. Smith. Attorney for Defendant

