**CRIMINAL MINUTES**

FILED by /R  D.C.
OCT 06 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6125-CR-WPD    DATE: October 6, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.  Elizabeth Velazquez

U.S. ATTORNEY: Jeff Kaplan    DEFT. COUNSEL: David Smith

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed;
21 months BOP, 3 years Supervised Release
$100.00 Assessment, No Fine
Deft's Motion to Self-Surrender is Denied.

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.