JNK:sr

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6125-CR-DIMITROULEAS

UNITED STATES OF AMERICA,   :

        PLAINTIFF,   :

v.   :

ELIZABETH VELAZQUEZ   :

        D''FENDANT.   :

FILED D.C.
DEC 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### STIPULATION REGARDING
### AMOUNT OF RESTITUTION

The United States of America and Elizabeth Velazquez hereby stipulate and agree that the amount of the restitution due and owing by the defendant in the above-referenced case is $1,557,036.84, which is set forth in the attached list and due to the following entities:

    Fannie Mae                    274,562.65
    950 E. Paces Ferry Rd.
    Suite 1900
    Atlanta, GA   30326

    **Freddie Mac**                 114,158.50
    8200 Jones Branch Drive
    McLean, VA   22102

    PMI Mortgage Insurance Co.    52,077.97
    601 Montgomery St.
    San Francisco, CA   94111



| | | |
|---|---|---|
| HUD<br>909 S.E. 1st Avenue<br>Miami, Fl 33131 | 348,405.04 | |
| Radian Guaranty<br>400 Market St.<br>Philadelphia, PA  19106 | 50,611.30 | |
| GE Capital Mortgage Ins. Co.<br>6601 Six Forks Road<br>Raleigh, N.C.  27615 | 87,568.49 | |
| United Guaranty Residential Ins. Co.<br>230 N. Elm Street<br>PO Box 21367<br>Greensboro, N.C.  27420 | 41,483.86 | |
| Mortgage Guaranty Ins. Corp.<br>MGIC Plaza<br>PO Box 488<br>Milwaukee, Wisc.  53201 | 177,214.65 | |
| Republic Mortgage Ins. Co.<br>PO Box 2514<br>Winston-Salem, N.C.  27102 | 196,864.40 | |
| CMAC a/k/a Radian<br>400 Market Street<br>Philadelphia, PA 19106 | <u>84,760.24</u> | |
| TOTAL | 1,557,036.84 | |

The liability for restitution should be joint and several with the defendant's co-conspirator.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*

JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY
COURT NO. A005500030
500 E. Broward Blvd., 7th Flr
Ft. Lauderdale, Fl 33394
(954) 356-7255/(954) 356-7336

By: *[signature]*

DAVID SMITH, ESQUIRE
ATTORNEY FOR DEFENDANT

*[signature: Elizabeth Velazquez]*

ELIZBETH VELAZQUEZ
DEFENDANT

3

Sorted by Lender  Complete List  12/07/2000

| Address | Principal | Sale Date | Lender | Final Buyer | Victim | Loss per Victim | Victim MI | MI Amount |
|---|---|---|---|---|---|---|---|---|
| 1213 NW 18th Court | Jack Kudron | 06/08/1995 | Barnett Bank | Chavane, Francene | Fannie Mae | 19,334.32 | PMI | $ 29,246.05 |
| 1304 NW 1st Avenue | James Lowe | 07/13/1995 | Barnett Bank | Knight, Lenord V. | Fannie Mae | | United Guaranty | $ 11,445.55 |
| 2441-2445 Adams Street | James Lowe | 08/18/1995 | Mortgage Dynamics, Inc. | Castaneda, Rafaeal | Fannie Mae | 47,708.95 | MGIC | $ 73,107.70 |
| 1161 Arizona Avenue | James Lowe | 10/20/1995 | Home Savings of America | Royer, Ginette | Fannie Mae | 24,300.70 | | |
| 1217 NW 6th Avenue | James Lowe | 11/17/1995 | Mortgage Dynamics, Inc. | Jenkins, James L. | | | GE Capital | $ 27,842.03 |
| 1408 NW 9th Avenue | Jack Kudron | 12/08/1995 | National Mortgage Lender - America's M | Mariot, Guy R. | Fannie Mae | 16,317.47 | CMAC | $ 28,503.85 |
| 1041 NW 7th Terrace | Jack Kudron | 12/21/1995 | CFI Mortgage Corp. | Boynton, Shane C. | Fannie Mae | 26,839.85 | RMIC | $ 29,429.17 |
| 1205 NW 3rd Avenue | Jack Kudron | 01/31/1996 | National Mortgage Lender - Chase Manh | Desinor, Chesnel | Fannie Mae | 23,850.68 | RMIC | $ 29,361.80 |
| 1624 NW 2nd Avenue | Jack Kudron | 02/08/1996 | National Mortgage Lender | Pierre, Rosaline | Fannie Mae | 10,871.46 | CMAC | $ 27,199.45 |
| 1818 SW 30th Terrace | Jack Kudron | 02/08/1996 | Nationsbanc Mortgage | Delmas, Charitable | Fannie Mae | 18,900.11 | Unknown | $ 27,789.98 |
| 1091 Alabama Avenue | James Lowe | 03/07/1996 | National Mortgage Lender | Eugene, Lucien | Fannie Mae | 10,814.21 | United Guaranty | $ 30,909.15 |
| 1133 NE 1st Avenue | James Lowe | 03/13/1996 | National Mortgage Lender | Joseph, Elicene | Fannie Mae | | MGIC | $ 27,324.54 |
| 1148 NW 16th Court | Jack Kudron | 03/26/1996 | CFI Mortgage Corp. | Magny, Heinrick | Fannie Mae | 21,321.23 | MGIC | $ 30,802.56 |
| 1671-1673 SW 44th Avenue | James Lowe | 03/26/1996 | National Mortgage Lender | Curry, Christina M. | | | RMIC | $ 31,312.28 |
| 1146 NE 7th Avenue | Jack Kudron | 04/23/1996 | CFI Mortgage Corp. | Crawford, Cassandra | Fannie Mae | 3,253.71 | RMIC | $ 25,385.58 |
| 1033 NW 4th Avenue | Jack Kudron | 06/05/1996 | Preferred Funding Corp. II | Jean-Jacques, Charles | Fannie Mae | 9,204.58 | Radian | $ 23,573.90 |
| 5901 NE 2nd Avenue | James Lowe | 07/25/1996 | Bennett Home Mor *ge - DMR Financia | Fleurant, Suzette and Jackson, LuFannie Mae | Fannie Mae | 3,001.18 | CMAC | $ 29,055.94 |
| 2640 NW 12th Court | Jack Kudron | 08/26/1996 | Bennett Home Mortgage | Lewis, Earlia Mae and Martin, Mel | Fannie Mae | | United Guaranty | $ 23,767.86 |
| 1030 NW 4th Avenue | Jack Kudron | 09/03/1996 | Advantage Financial, Inc. | Ojeda, Jose L. | Fannie Mae | 18,555.10 | PMI | $ 29,198.58 |
| 4601 SW 31st Drive | Mark Gordien | 07/14/1996 | Barnett Bank | Richards, Lloyd | | 4,320.88 | RMIC | $ 25,157.37 |
| 2037 Dewey Street | Mark Gordien | 04/26/1996 | CFI Mortgage Corp. | Whitehead, Garry | Fannie Mae | 7,005.81 | United Guaranty | $ 25,666.65 |
| 1113 NW 11th Street | James Lowe | tav,26/1997 | Advantage Financial, Inc. | Bennett Home Mortgage - North America | | 7,562.66 | Radian | $ 27,037.40 |
| 1017 Carolina Avenue | James Lowe | 10/04/1996 | Bennett Home Mortgage - North America | Camp, Wade C. | Fannie Mae | | MGIC | $ 23,598.73 |
| 1525 NW 4th Avenue | Mark Gordien | 06/23/1996 | Mortgage Dynamics, Inc. | Miller, Lathon | Freddie Mac | 25,269.80 | United Guaranty | $ 21,558.59 |
| 500 NW 6th Avenue | Mark Gordien | 09/21/1995 | Advantage Financial, Inc. | Jackson, Kawanza (Jones, Kawas | Freddie Mac | 16,511.47 | MGIC | $ 23,850.00 |
| 5320 NE 8th Avenue | James Lowe | 12/20/1995 | Preferred Funding Corp. II | Hill, Natasha | Freddie Mac | 25,316.87 | PMI | $ 22,963.10 |
| 1342 NE 7th Avenue | James Lowe | 06/03/1996 | Mortgage Dynamics, Inc. | Iama, Fleriseoline | Freddie Mac | 19,127.70 | RMIC | $ 25,395.64 |
| 1773 NE 50th Street | Joyce Broviliette | 10/27/1995 | Mortgage Dynamics, Inc. | Orozco, Luis Gabriel | Freddie Mac | 2,937.55 | United Guaranty | $ 29,136.06 |
| 1508 NW 58th Avenue | Mark Gordien | 12/15/1995 | Bennett Home Mortgage - Colonial Mort | Weimar, Linda and Frank | Freddie Mac | 24,995.21 | MGIC | $ 29,333.66 |
| 1441 NW 2nd Avenue | Jack Kudron | 08/16/1995 | Barnett Bank | Ramirez, Luz Mary | Freddie Mac | 31,176.69 | | |
| 1100/1102 NW 3rd Ave | James Lowe | 07/17/1995 | Barnett Bank | Yuen, Marcial | HUD | 44,666.35 | | |
| 1045 NW 2nd Avenue | Jack Kudron | 05/17/1995 | CFI Mortgage Corp. | Jean, Marie | HUD | 33,538.00 | | |
| 1409 NE 3rd Avenue | Jack Kudron | 06/03/1996 | Advantage Financial, Inc. | Dorsin, Luc and Eratha | HUD | 40,659.00 | | |
| 1120 NW 17th Avenue | Jack Kudron | 07/15/1996 | Advantage Financial, Inc. | Gissendanner, Kenneth | HUD | 45,449.00 | | |
| 2610 NW 6th Court | Jack Kudron | 08/06/1996 | Advantage Financial, Inc. | Greene, Michael and Keosha | HUD | 33,535.00 | | |
| 1001 Alabama Avenue | James Lowe | 10/25/1996 | Advantage Financial, Inc. | Louis, Joseph A. and Edna | HUD | 54,681.00 | | |
| 1530 NW 15th Terrace | James Lowe | 05/10/1996 | CFI Mortgage Corp. | Bennett, Calvin | HUD | 44,666.00 | | |
| 4530 NE 14th Avenue | Robert Edwards | 11/19/1996 | Transcontinental Lending Group, Inc. | Charles, Cynthia J. | HUD | | | |
| 25 NE 26th Street | Jack Kudron | 01/24/1996 | CFI Mortgage Corp. | Ceballos Gustavo and Leida | N/A | 20,035.00 | | $ 8,042.92 |
| 1650 NW 1st Way | James Lowe | 02/06/1996 | CFI Mortgage Corp. | Williams, Shakita Yvette | N/A | | GE Capital | |
| 39 Allen Road | Mark Gordien | | | Jefferson, Angela D. | N/A | | GE Capital | $ 25,971.48 |
| Total | | | | | | $ 737,126.19 | | $847,700.63 |

$15,584 /
27,784,226 BZ /
.84