**CRIMINAL MINUTES**

FILED DEC 29
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6125-CR   DATE: December 29, 2000

COURTROOM CLERK: Amy Jordan   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Elizabeth Velazquez

U.S. ATTORNEY: Jeffrey Kaplan   DEFT. COUNSEL: David Smith

REASON FOR HEARING: Hearing RE: Restitution

RESULT OF HEARING: Parties stipulate to the amount of restitution of $1,557,036.84.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____