JNK:sr

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6125-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : |
| ELIZABETH VELASQUEZ, | : |
| DEFENDANT. | : |

### GOVERNMENT'S MOTION FOR REDUCTION
### OF SENTENCE UNDER RULE 35(b) OF THE
### FEDERAL RULES OF CRIMINAL PROCEDURE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby requests the court for a reduction in the sentence of the defendant under Rule 35(b) of the Federal Rules of Criminal Procedure and states as follows:

1. On May 12, 2000, the defendant was charged in a one-count information with conspiracy to commit bank fraud, loan application fraud, and to commit wire and mail fraud, all in violation of 18 U.S.C. Section 371. On June 12, 2000, the defendant pled guilty to the one count information. The PSI reflected a guideline range of 21-27 months. On October 6, 2000, the defendant was sentenced to 21 months imprisonment and three years supervised release. On December 29, 2000, the defendant was ordered to pay restitution totaling $1,557,036.84.

2. The defendant has provided substantial assistance in the investigation or prosecution of other persons who have committed an offense. The defendant assisted the



government in the prosecution of U.S. v. Mark Roseman, 00-6117-Cr-HUCK. The defendant was a co-conspirator in a mortgage fraud scheme with Mark Roseman. The defendant agreed to testify against Roseman at trial. On January 24, 2001, Roseman pled guilty. The defendant's assistance will be further detailed at a hearing on this matter.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*

JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY
COURT NO. A5500030
500 E. Broward Blvd., 7th flr
Ft. Lauderdale, Fl 33394
(954) 356-7355
(954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 26th day of February, 2001 to David Smith, Esq., 524 S. Andrews Avenue, Suite 304N, Ft. Lauderdale, Fl. 33301.

*[signature]*

JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY

2