UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6125-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

ELIZABETH VELASQUEZ,

　　　　Defendant.
_____/

## ORDER SETTING HEARING

THIS CAUSE having been heard upon Government's February 26, 2001 Motion For Reduction of Sentence [DE-24], the Court sets a hearing for <u>March 30, 2001 at 10:15 A.M.</u>. The Government shall obtain whatever writs or orders necessary to secure the Defendant's presence at the hearing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27 day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Smith, Esquire
524 S. Andrews Avenue, Suite 304N
Ft. Lauderdale, FL 33301

Jeffrey N. Kaplan, AUSA