**CRIMINAL MINUTES**

FILED by ___ D.C.
MAR 3 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6125-Cr-WPD    DATE: March 30, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Elizabeth Velasquez

U.S. ATTORNEY: Jeff Kaplan    DEFT. COUNSEL: David Smith

REASON FOR HEARING: Rule 35 Motion

RESULT OF HEARING: Court grants Gvts Rule 35 motion to reduce. Sentence is reduced to 8 months BOP with all the same conditions as previously imposed.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _____

