UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6125-CR-DIMITROULEAS

    Plaintiff,

vs.

ELIZABETH VELASQUEZ
    Defendant.



## ORDER

THIS CAUSE having been heard before the Court on March 30, 2001 upon the Government's Motion for Sentence Reduction pursuant to F.R.Crim. P. 35 (b). Upon consideration of the government's motion and being duly advised, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED.

The sentence of imprisonment previously imposed is reduced to 8 Months. All other aspects of the sentence remain the same as previously imposed

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 2 day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jeffrey Kaplan, AUSA
David Smith, Esq.
U.S. Probation Office
U. S. Marshal