PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 64032

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-CR-6125-DIMITROULEAS</u>

### <u>Request for Modifying the Conditions or Term of Supervision</u>
### <u>with Consent of the Offender</u>
#### (Probation Form 49, Waiver of Hearing is Attached)



Name of Offender: Elizabeth Velazquez

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, Judge
U.S. District Court, Fort Lauderdale, Florida

Date of Original Sentence:  October 6, 2000

Original Offense:    Conspiracy to Commit Bank Fraud and Wire Fraud, 18 U.S.C. §371, a Class D
felony

Original Sentence:   Twenty-one (21) months incarceration followed by a three (3) year term of supervised
release. Special conditions of supervised release include that the defendant shall provide
access to all financial information; participation in an alcohol and/or drug abuse program
as approved by the U.S. Probation Office; $1,557,036.84 in restitution. On March 30,
2001, incarceration was reduced to eight (8) months.

Type of Supervision: Supervised Release          Date Supervision Commenced: June 4, 2001

---

# PETITIONING THE COURT

[]      To extend the term of supervision for __ years, for a total term of __ years.

[X]     To modify the conditions of supervision as follows:

The defendant shall pay restitution in the rate of $15.00 per month from December, 2002 through
June 1, 2003. The defendant shall then pay restitution in the rate of $50.00 until such time as the
court may alter that payment schedule in the interests of justice. The U.S. Probation Office and
U.S. Attorney's Office shall monitor the payment of restitution and report to the court any
material change in the defendant's ability to pay.

PROB 12B                                                          SD/FL PACTS No. 64032
(SD/FL 9/96)

## CAUSE

Pursuant to the Prouty decision, payment schedules must be authorized by the court. The defendant's income and allowable expenses were evaluated and the above payment schedule was determined and agreed upon by the defendant.  During the period of December, 2002, through June 1, 2003, the defendant was unemployed due to her pregnancy.  Currently, the defendant is employed as a sales representative for a national company.  Furthermore, the defendant is scheduled to terminate supervision on June 3, 2004.  Based on her current ability to pay and the existing balance on the restitution ordered, it is unlikely that the defendant will be able to retire said debt prior to termination. It is the recommendation of this officer that the defendant be allowed to terminate as scheduled.  Any subsequent collection will be monitored by the U.S. Attorney's Financial Litigation Unit. Should Your Honor concur with this recommendation, please note accordingly.  Should Your Honor prefer a different course of action, please advise.

Respectfully submitted,

by

Albert Torres
U.S. Probation Officer
Phone: 954-769-5514
Date: December 9, 2003

THE COURT ORDERS:

[X]    No Action
[ ]    The Extension of Supervision as Noted Above
[ ]    The Modification of Conditions as Noted Above
[ ]    Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

December 16, 2003
Date